CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 7 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:04cr30075-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| JOSEPH COLEMAN | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that the above-referenced motion [docket no. 59] filed pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** and shall be **STRICKEN** from the active docket of this court. Additionally, Coleman's subsequent filing [docket no. 61] filed in support of the above-referenced motion is hereby **DENIED as MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 17th day of June, 2008.

_____
United States District Judge