CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

SEP 0 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:04cr30075-1 |
| | ) | (2255 Case No. 5:08cv80091) |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| | ) | By: Hon. Glen E. Conrad |
| JOSEPH COLEMAN | ) | United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's motion (Dkt. No. 64), which the court construed as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is hereby **DISMISSED** and is **STRICKEN** from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 9th day of September, 2008.

_____
United States District Judge